[No. 47272-1-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND ARTHUR BEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02907-8, Linda Lau, J., entered August 25, 2000. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ. Now published at 114 Wn. App. 148.

[No. 48583-1-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DOWNING, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-01313-4, Michael F. Moynihan, J., entered May 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48738-8-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LAWRENCE HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01602-1, Anita L. Farris, J., entered June 13, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48867-8-I.   Division One.   August 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHEILA DOZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08024-3, Richard A. Jones, J., entered June 27, 2001. *Affirmed* by unpublished per curiam opinion.